UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.   CRIMINAL NO. 3:23-CR-168 (VDO)

SEAN FALZARANO   July 23, 2024

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel moves to withdraw her appearance and her firm's appearance as counsel for the defendant, Sean Falzarano.  Mr. Falzarano has also asked that undersigned counsel and her firm withdraw their appearance in this matter. In support of this motion, counsel states the following:

1. Mr. Falzarano has been charged by way of indictment with five counts of Tampering with a Consumer Product in violation of 18 U.S.C. § 1365(a)(4).  Jury selection in this matter is scheduled for September 5, 2024.

2. Mr. Falzarano has directed undersigned counsel and her firm to move to withdraw as his counsel in this case.  In addition, undersigned counsel asserts that there has been an irreconcilable breakdown in the attorney-client relationship that prevents her continued representation of Mr. Falzarano in this case.

WHEREFORE, counsel respectfully asks this Court to grant the relief requested herein or, in the alternative, schedule a hearing on this motion at the Court's earliest convenience.

THE DEFENDANT,<br>
Sean Falzarano

Dated: July 23, 2024                    /s/ Allison M. Near
                                        Allison M. Near
                                        Kara E. Moreau
                                        Jacobs & Dow, LLC
                                        350 Orange Street
                                        New Haven, CT 06511
                                        Phone: (203) 772-3100
                                        Bar No.: ct27241
                                        Email: anear@jacobslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison M. Near
Allison M. Near