UNITED STATES DISRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                        v.                   :   Criminal No. 3:23-cr-00168 (VDO)
                                             :
SEAN FALZARANO                               :
-------------------------------------------------------------------------x
```

OCT 16 2025 PM3:05
FILED-USDC-CT-NEW HAVEN

## MOTION TO SEAL EXHIBITS

Defendant Sean Falzarano, appearing pro se, respectfully moves that Exhibits A and B to the accompanying Emergency Pro Se Motion for Judicial Oversight, Re-Appointment of Counsel, and Protective Order Concerning Parallel Civil Action be accepted under seal. These exhibits contain client materials not appropriate for public dissemination. Specifically, the exhibits include:

Exhibit A: Counsel Withdrawal Statement

Exhibit B: Copy of Government Lien filed against Property

The materials contain private identifying information and sensitive attorney-client matters. Public disclosure of these materials would infringe on privacy rights and expose details that have no public relevance to the merits of this matter.

### Requested Relief

For the reasons above, the Defendant respectfully requests that the Court grant this Motion and direct the Clerk to file the listed exhibits under seal and restrict public access thereto., the Court should enter the accompanying proposed order: (1) permitting Exhibits A and B to be filed under seal; (2) limiting access to the Court and the parties; (3) allowing the filing of redacted public versions within seven (7) days; and (4) maintaining the seal until further order of the Court.

Respectfully submitted,

*/s/ Sean Falzarano*

Sean Falzarano, Pro Se Defendant
490 Holly Hill Lane
Southbury, CT 06488
Dated: October 16, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA,**
    Plaintiff,
v.
**SEAN FALZARANO,**
    Defendant.

No. 3:23-cr-00168 (VDO)

**PROPOSED ORDER GRANTING MOTION TO SEAL EXHIBITS A AND B**

Upon consideration of the Defendant's Motion to Seal Exhibits A and B, and for good cause shown, the Court makes the specific findings required by controlling law and concludes that sealing is essential to preserve higher values of personal privacy and safety and that the relief is narrowly tailored.

IT IS HEREBY ORDERED that:

1. Defendant may file Exhibits A and B under seal; the Clerk shall accept the unredacted versions under seal.

2. Access to the sealed Exhibits A and B shall be limited to the Court and the parties (and their agents) absent further order.

3. Within seven (7) days, Defendant shall file public versions of Exhibits A and B with narrowly tailored redactions that remove only protected health information and sensitive personal identifiers.

4. This Order shall remain in effect until further order of the Court.

SO ORDERED.

Dated: _____, 2025

Hartford, Connecticut

_____
Vernon D. Oliver
United States District Judge