# UNITED STATES DISRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

**UNITED STATES OF AMERICA,**

v.  :  Criminal No. 3:23-cr-00168 (VDO)

**SEAN FALZARANO**

---------------------------------------------------------------X

## EMERGENCY MOTION

## FOR CLARIFICATION OF REPRESENTATION STATUS, LIMITED LEAVE TO PROCEED PRO SE, AND RECONSIDERATION OF RELEASE MOTION

**To the Honorable Vernon D. Oliver, United States District Judge:**

Defendant Sean Falzarano respectfully submits this motion seeking the Court's clarification and limited guidance following the Court's recent order (ECF No. 190), entered October 17, 2025), which granted the motion to withdraw filed by the Federal Public Defender's Office (ECF No. 179). Out of deep respect for the Court's time and directives, Defendant asks narrowly and in good faith for the following:

## 1. Request for Clarification of Representation Status

The October 17 order reflects that Attorney Anne Silver was granted leave to withdraw. However, the original motion (ECF No. 179) was filed on behalf of the entire Federal Public Defender's Office, and co-counsel remain listed as appearing on the docket. To avoid any confusion or inadvertent non-compliance, Defendant respectfully seeks clarification as to:

- Whether the Court's order was intended to apply only to Ms. Silver, or to the entire Office and all its attorneys in this matter; and
- Whether, as of today, Defendant is considered represented or unrepresented in this District Court matter (pending appointment of substitute counsel).

## 2. Request for Temporary Leave to Proceed Pro Se for Limited Purpose

The Defendant acknowledges the general rule in *United States v. Rivernider* that hybrid representation is disfavored. However, *Rivernider* contemplates the presence of active, functioning counsel, which has not been the case here.

As respectfully outlined in earlier filings, Defendant has been without meaningful district-level representation since mid-August, and no new counsel has yet appeared.

Out of necessity and solely due to the time-sensitive nature of his December 1, 2025 self-surrender, Defendant respectfully asks the Court to grant limited leave to proceed pro se only to resubmit his Motion for Release Pending Appeal (ECF No. 178, previously stricken) or to request reconsideration.

This request is made solely to protect Defendant's right to seek meaningful appellate review under 18 U.S.C. § 3143(b), and not to disrupt judicial process. Defendant remains open—and indeed prefers—to have counsel resume representation as soon as practicable.

## 3. Request for Motion to Reconsider or Reinstatement of Release Motion

The previously filed Motion for Release Pending Appeal (ECF No. 178) was stricken on procedural grounds due to representation status, not on the merits.

Given the substantial legal and factual grounds presented in that motion, and the irreparable nature of the relief it seeks, Defendant respectfully asks the Court to:

- Either reinstate and rule on ECF No. 178, or permit Defendant to refile it pro se; or
- Grant the defendant narrow and temporary leave from the Court to file a Motion to Reconsider the ruling to Strike on the question of the Motion to Release Pending Appeal; and
- If any motion is denied, to do so sufficiently in advance of the December 1 date to allow for appellate review.

The Defendant offers this motion with sincere respect for the Court's prior orders and guidance and fully understands the importance of orderly proceedings. This is not intended to challenge the Court's authority or discretion, but only to prevent inadvertent prejudice arising from current procedural uncertainty.

The Defendant reaffirms his intention to fully comply with all court directives and remains grateful for the Court's attention to this matter.

Respectfully submitted,

*[signature]*

**Sean Falzarano, pro se**
490 Holly Hill Lane
Southbury, CT 06488

Dated: October 22, 2025